JAMES M. BIRKELUND, Bar No. 206328
Climate Change Law Foundation
548 Market St., #11200
San Francisco, CA 94104
james@climatechangelaw.org
Tel: 415-602-6223; Fax: 415-789-4556

*Attorney for Plaintiffs Climate Change Law Foundation, Sierra Club, and Association of Irritated Residents*

MAYA GOLDEN-KRASNER, Bar No. 217557
The Center for Biological Diversity
P.O. Box 1476
La Canada Flintridge, CA 91012
mgoldenkrasner@biologicaldiversity.org
Tel: 213-215-3729; Fax: 510-844-7150

*Attorney for Plaintiff Center for Biological Diversity*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ASSOCIATION OF IRRITATED RESIDENTS, SIERRA CLUB, and CLIMATE CHANGE LAW FOUNDATION,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; CATHERINE MCCABE, in her official capacity as Acting Administrator of the United States Environmental Protection Agency; and ALEXIS STRAUSS, in her official capacity as Acting Regional Administrator of the United States Environmental Protection Agency,<br><br>Defendants. | Case No: 3:17-cv-720<br><br>**PROOF OF SERVICE** |

A copy of the Summons addressed to Defendants (attached hereto as Exhibit A), and a copy of the Complaint in this matter were served pursuant to Rule 4(i) of the Federal Rules of Civil Procedure, by sending a copy of the Summons and Complaint via registered mail, return receipt requested, on February 15, 2017 to the following:

| | |
|---|---|
| Civil Process Clerk<br>United States Attorney's Office<br>450 Golden Gate Ave  11th Fl<br>San Francisco, CA  94102 | United States Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |
| Catherine McCabe<br>US Environmental Protection Agency<br>USEPA Headquarters<br>William Jefferson Clinton Building<br>1200 Pennsylvania Avenue, N. W.<br>Mail Code: 1101A<br>Washington, DC 20460 | Alexis Strauss<br>Acting Administrator<br>US EPA Region 9<br>75 Hawthorne Street<br>Mail Code: ORA-1<br>San Francisco, CA 94105 |
| Environmental Protection Agency<br>1200 Pennsylvania Avenue, N.W.<br>Washington, DC 20460 | Environmental Protection Agency – R9<br>75 Hawthorne Street<br>San Francisco, CA 94105 |

Copies of the following documents were served on each of the Defendants and the U.S. Attorney as listed above:

1. Civil Cover Sheet filed February 13, 2017;
2. Summons issued February 15, 2017;
3. Complaint filed February 13, 2017;
4. Certification of Interested Entities or Persons, filed February 13, 2017;
5. Corporate Disclosure Statement, filed February 13, 2017;
6. Order Setting initial case management conference and ADR deadlines issued February 14, 2017.
7. Judge James' Civil Standing Order, revised Feb. 19, 2014;
8. Judge James' Discovery Standing Order, revised March 14, 2016;
9. Standing Order for All Judges of the Northern District of California: Contents of Join Case Management Statement, effective January 17, 2017;
10. ECF handout;
11. Brochure: Consenting To The Jurisdiction Of A Magistrate Judge;

Dated: March 9, 2017

                                          /s/ Laura McCamy
                                          Laura McCamy, Paralegal
                                          CENTER FOR BIOLOGICAL DIVERISTY
                                          1212 Broadway, Suite 800
                                          Oakland, CA 94612
                                          Phone:  510-844-7100 x 354
                                          Email: lmccamy@biologicaldiversity.org










**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
US Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

9590 9402 2165 6193 4578 27

2. Article Number *(Transfer from service label)*
7009 2820 0004 4418 6292

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

FEB 2 1 2017

RECEIVED FEB 2 7 2017

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

7009 2820 0004 4418 6292

| | |
|---|---|
| Postage | $ 2.03 |
| Certified Fee | 3.35 |
| Return Receipt Fee (Endorsement Required) | 2.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 8.13 |

Postmark Here

[Postmark: FORD STATION, FEB 15 2017]

Sent To
Street, Apt. No.; or PO Box No.
City, State

US Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

PS Form ... See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Catherine McCabe
USEPA Headquarters
1200 Pennsylvania Ave, NW
Mail Code: 1101A
Washington, DC 20460

9590 9402 2165 6193 4578 34

2. Article Number *(Transfer from service label)*
7009 2820 0004 4418 6308

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Mail ☐ Agent ☐ Addressee

B. Received by (Printed Name) Manac C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

FEB 2 1 2017

RECEIVED FEB 2 7 2017

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☒ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

7009 2820 0004 4418 6308

| | |
|---|---|
| Postage | $ 2.03 |
| Certified Fee | 3.35 |
| Return Receipt Fee (Endorsement Required) | 2.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 8.13 |

Postmark Here

[Postmark: FORD STATION, FEB 15 2017]

Sent To
Street, Apt. No.; or PO Box No.
City, State

Catherine McCabe
USEPA Headquarters
1200 Pennsylvania Ave, NW
Mail Code: 1101A
Washington, DC 20460

PS Form 3800, August 2006 See Reverse for Instructions

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®
OFFICIAL USE

Postage $ 2.03
Certified Fee 3.35
Return Receipt Fee (Endorsement Required) 2.75
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $ 8.13

Postmark Here
FEB 17 2017
BYRON RUMFORD STATION OAKLAND, CA 94612-9999

Sent To
Civil Process Clerk
US Attorney's Office
450 Golden Gate Ave 11th Fl
San Francisco, CA 94102

7009 2820 0004 4418 6315

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
US EPA
1200 Pennsylvania Ave, N.W.
Washington, DC 20460

9590 9402 2165 6193 4578 58

2. Article Number (Transfer from service label)
7009 2820 0004 4418 6322

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X Mail Manager
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

FEB 21 2017
RECEIVED FEB 27 2017

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☒ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Civil Process Clerk
US Attorney's Office
450 Golden Gate Ave 11th Fl
San Francisco, CA 94102

9590 9402 2165 6193 4578 41

2. Article Number (Transfer from service label)
7009 2820 0004 4418 6315

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☒ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®
OFFICIAL USE

Postage $ 2.03
Certified Fee 3.35
Return Receipt Fee (Endorsement Required) 2.75
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $ 8.13

Postmark Here
FEB 17 2017
BYRON RUMFORD STATION OAKLAND, CA 94612-9999

Sent To
US EPA
1200 Pennsylvania Ave, N.W.
Washington, DC 20460

7009 2820 0004 4418 6322

7009 2820 0004 4418 6278

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 2.03 |
| Certified Fee | 3.35 |
| Return Receipt Fee (Endorsement Required) | 2.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 8.13 |

Postmark Here

BYRON RUMFORD STATION OAKLAND, CA 94612-9991 FEB 15 2017

Sent To: Alexis Strauss
US EPA Region 9
75 Hawthorne Street
Mail Code: ORA-1
San Francisco, CA 94105

PS Form ... See Reverse for Instructions

7009 2820 0004 4418 6285

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 2.03 |
| Certified Fee | 3.35 |
| Return Receipt Fee (Endorsement Required) | 2.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 8.13 |

Postmark Here

BYRON RUMFORD STATION FEB 15 2017

Sent To: EPA Region 9
75 Hawthorne Street
San Francisco, CA 94105

PS Form ... Instructions

# USPS Tracking®

**Still Have Questions?**
**Browse our FAQs ›**



**Get Easy Tracking Updates ›**
Sign up for My USPS.

**Tracking Number:** 70092820000444186278

## Product & Tracking Information

**Postal Product:**

**Features:**
Certified Mail™

## Available Actions

**Text Updates**

**Email Updates**

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| February 17, 2017 , 1:38 pm | Delivered, Left with Individual | SAN FRANCISCO, CA 94105 |

Your item was delivered to an individual at the address at 1:38 pm on February 17, 2017 in SAN FRANCISCO, CA 94105.

| | | |
|---|---|---|
| February 17, 2017 , 10:51 am | In Transit to Destination | |
| February 17, 2017 , 10:50 am | Arrived at Unit | SAN FRANCISCO, CA 94103 |
| February 16, 2017 , 3:51 am | Arrived at USPS Facility | SAN FRANCISCO, CA 94188 |
| February 15, 2017 , 10:32 pm | Arrived at USPS Facility | OAKLAND, CA 94615 |

## Track Another Package

**Tracking (or receipt) number**

Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS ›**



| HELPFUL LINKS | ON ABOUT.USPS.COM | OTHER USPS SITES | LEGAL INFORMATION |
|---|---|---|---|
| Contact Us | About USPS Home | Business Customer Gateway | Privacy Policy |
| Site Index | Newsroom | Postal Inspectors | Terms of Use |
| FAQs | USPS Service Updates | Inspector General | FOIA |
|  | Forms & Publications | Postal Explorer | No FEAR Act EEO Data |
|  | Government Services | National Postal Museum |  |
|  | Careers | Resources for Developers |  |

Copyright © 2017 USPS. All Rights Reserved.

   

# USPS Tracking®

**Still Have Questions?**

**Browse our FAQs ›**



**Get Easy Tracking Updates ›**
Sign up for My USPS.

**Tracking Number:** 70092820000444186285

## Product & Tracking Information

**Postal Product:**

**Features:**
Certified Mail™

## Available Actions

**Text Updates**

**Email Updates**

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| February 17, 2017 , 1:38 pm | **Delivered, Left with Individual** | SAN FRANCISCO, CA 94105 |

Your item was delivered to an individual at the address at 1:38 pm on February 17, 2017 in SAN FRANCISCO, CA 94105.

| | | |
|---|---|---|
| February 17, 2017 , 10:51 am | In Transit to Destination | |
| February 17, 2017 , 10:50 am | Arrived at Unit | SAN FRANCISCO, CA 94103 |
| February 16, 2017 , 3:51 am | Arrived at USPS Facility | SAN FRANCISCO, CA 94188 |
| February 15, 2017 , 10:32 pm | Arrived at USPS Facility | OAKLAND, CA 94615 |

## Track Another Package

**Tracking (or receipt) number**

Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS ›**



#### HELPFUL LINKS
Contact Us
Site Index
FAQs

#### ON ABOUT.USPS.COM
About USPS Home
Newsroom
USPS Service Updates
Forms & Publications
Government Services
Careers

#### OTHER USPS SITES
Business Customer Gateway
Postal Inspectors
Inspector General
Postal Explorer
National Postal Museum
Resources for Developers

#### LEGAL INFORMATION
Privacy Policy
Terms of Use
FOIA
No FEAR Act EEO Data

Copyright © 2017 USPS. All Rights Reserved.

   

https://tools.usps.com/go/TrackConfirmAction.action?tRef=fullpage&tLc=2&text28777=&tLabels=70092820000444186285%2C%0D%0A    2/2