IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR BIOLOGICAL DIVISION, *et al.*,

Plaintiffs,

v.

ENVIRONMENTAL PROTECTION AGENCY, *et al.*,

Defendants.

No. C 17-00720 WHA

**ORDER GRANTING UNOPPOSED MOTION TO DISMISS**

On May 18, defendants moved to dismiss this action as moot (Dkt. No. 18). Plaintiffs responded with a statement of nonopposition but expressed their intent to seek recovery of expenses incurred in bringing this action (Dkt. No. 20). The motion to dismiss is **GRANTED** and this action is **DISMISSED**. Plaintiffs may move for attorney's fees pursuant to the Civil Local Rules, except that such motion may be served and filed within **28 DAYS** of entry of judgment.

**IT IS SO ORDERED.**

Dated: June 15, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE