IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ASSOCIATION OF IRRITATED RESIDENTS, CLIMATE CHANGE LAW FOUNDATION, and SIERRA CLUB,<br><br>Plaintiffs,<br><br>v.<br><br>ENVIRONMENTAL PROTECTION AGENCY; SCOTT PRUITT, Administrator; and ALEXIS STRAUSS, Acting Regional Administrator,<br><br>Defendants. | No. C 17-00720 WHA<br><br><br><br>**JUDGMENT** |

For the reasons stated in the accompanying order dismissing this action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants Environmental Protection Agency, Administrator Scott Pruitt, and Acting Regional Administrator Alexis Strauss, and against plaintiffs Association of Irritated Residents, Center for Biological Diversity, Climate Change Law Foundation, and Sierra Club. This judgment is without prejudice to any motion plaintiffs may bring for attorney's fees. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: June 15, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE