IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br><br> Defendants. | No. C 17-00720 WHA <br><br> **ORDER ADOPTING IN FULL REPORT AND RECOMMENDATION OF SPECIAL MASTER** |

On December 4, 2017, special master Ellen Eagen filed a report and recommendation that plaintiffs be awarded **$70,305.20** in attorney's fees and **$504.85** in costs, and that both sides evenly split the special master's fees in the amount of **$4,160** (Dkt. No. 48). Any objections to or motions regarding the report and recommendation were due by December 18, 2017, at noon. As of the date of this order, neither side has filed any such objection or motion. The Court has reviewed and hereby **ADOPTS IN FULL** the special master's report and recommendation. Payments to plaintiffs and to the special master shall be transmitted promptly within **FOURTEEN CALENDAR DAYS** of this order.

**IT IS SO ORDERED.**

Dated: January 2, 2018.

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　     　　　　UNITED STATES DISTRICT JUDGE